IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MICHAEL D. RODGERS, SR.,      ) | |
|     Plaintiff,                ) | |
| vs.                            ) | No. 3:05-CV-1825-N |
|                               ) | ECF |
| DARIUS HICKMAN,        ) | |
|     Defendant.           ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court **DENIES** plaintiff's motions for service (doc. 12) and for leave to proceed *in forma pauperis* (doc. 14). By separate judgment, the Court formally dismisses this action as frivolous, and by separate order, sanctions plaintiff as recommended by the United States Magistrate Judge.

SIGNED July 21, 2006.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE